UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No.: 1:15-MJ-204

v.

Hon. Ray Kent

KELLI DRAKE,

Defendant.

_____________________________/

**NOTICE OF APPEARANCE**

Patrick A. Miles, Jr., United States Attorney for the Western District of Michigan and Heath M. Lynch, Assistant United States Attorney, enter their appearance as attorneys for the United States of America in the above captioned case.

Respectfully submitted,

PATRICK A. MILES, JR.
United States Attorney

Date: September 17, 2015

/s/ Heath Lynch w/ SPB

HEATH M. LYNCH
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404