UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 1:15−mj−00204−RSK

vs.

Hon. Ray Kent

KELLI DRAKE,

Defendant.
_______________________________/

**ORDER SCHEDULING PROGRESSION OF CASE**

Take notice that a proceeding in this case has been set as indicated below:

| | |
|---|---|
| Type of hearing(s): | Preliminary Hearing<br>Detention Hearing<br>(Note: Arraignment/initial pretrial conference will replace preliminary hearing if defendant is indicted.) |
| Date/Time: | September 22, 2015 11:00 AM |
| Judge: | Ray Kent |
| Place/Location: | 584 Federal Building, Grand Rapids, MI |

**<u>Detention</u>**

Defendant is temporarily detained, pending a detention hearing as scheduled above. Pending this hearing, the defendant shall be held in custody by the United States marshal and produced for the hearing.

**<u>Proceedings After Indictment:</u>**

**<u>Preparation and E−filing of Initial Pretrial Conference Summary Statement</u>**

The parties shall each e−file an Initial Pretrial Conference Summary Statement **no later than 3:00 p.m. the business day prior to the initial pretrial conference** hearing. See the court's standard Initial Pretrial Conference Summary Statement forms, which are available at www.miwd.uscourts.gov under Forms/Criminal Forms.

**<u>Filing of Rule 12(b) Motions</u>**

All motions shall be filed within twenty−one (21) days from the date of the initial pretrial conference of the defendant, unless otherwise ordered.

**Initial Discovery**

The provisions of the court's Standing Order Regarding Discovery in Criminal Cases (Administrative Order 06−085) shall apply to the parties named above. The Standing Order is available on the court's website at www.miwd.uscourts.gov, under Rules, Orders & Policies/Administrative Orders. Sanctions may be imposed for failure to follow the court's Standing Order Regarding Discovery in Criminal Cases.

IT IS SO ORDERED.

Dated: September 17, 2015

/s/ Ray Kent
UNITED STATES MAGISTRATE JUDGE