# UNITED STATES DISTRICT COURT

for the

Western District of Michigan

United States of America
v.
Kelli Drake
*Defendant*

Case No. 1:15-mj-204

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 09/22/2015

*Defendant's signature*

*Signature of defendant's attorney*

Brian Lennon
*Printed name and bar number of defendant's attorney*

111 Lyon St., NW, Ste. 900, Grand Rapids, MI 49503
*Address of defendant's attorney*

blennon@wnj.com
*E-mail address of defendant's attorney*

(616) 752-2089
*Telephone number of defendant's attorney*

*FAX number of defendant's attorney*