UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

KELLI DRAKE,

Defendant.

Case No. 1:15-mj-204

Hon. Ray Kent

______________________________________/

**ORDER HOLDING DEFENDANT**
**FOR PROCEEDINGS BEFORE THE GRAND JURY**

The parties appeared before me on September 22, 2015 for a preliminary examination of the complaint, which charges defendant with possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1); 21 U.S.C. § 841 (b)(1)(C) and possession with intent to distribute cocaine in violation of 21 U.S.C. § 841(a)(1); 21 U.S.C. § 841(b)(1)(C). Defendant was present with counsel and waived a preliminary examination on the record. Accordingly:

**IT IS ORDERED** that defendant be and hereby is bound over for further proceedings before the grand jury pursuant to FED. R. CRIM. P. 5.1.

Date: September 22, 2015

/s/ Ray Kent
RAY KENT
United States Magistrate Judge