UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

KELLI DRAKE,

Defendant.

/

Case No. 1:15-mj-204

Hon. Ray Kent

## ORDER MODIFYING CONDITIONS OF BOND

The conditions of defendant's release on bond, entered September 22, 2015, are modified as follows:

**IT IS HEREBY ORDERED** that defendant shall refrain from engaging in any sovereign citizen or tax protester activity.

All other terms and conditions of the defendant's bond remain in effect.

Date: September 22, 2015

/s/ Ray Kent
RAY KENT
United States Magistrate Judge