UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - - - - -

UNITED STATES OF AMERICA,

Plaintiff,

v.

KELLI DRAKE,

Defendant.

No. 1:15-MJ-204

Hon. Ray Kent
United States Magistrate Judge

______________________________/

**ORDER DISMISSING COMPLAINT**

Plaintiff United States has moved pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and Title 18, United States Code, Section 3161(d), to dismiss without prejudice the complaint in this matter [R.1] to permit the government to continue its investigation of the crimes alleged in the complaint. Counsel for Defendant Kelli Drake does not oppose the government's motion. Accordingly, based on all matters of record, the Court grants the government's motion and the complaint is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: 10/26/2015

/s/ Ray Kent
RAY KENT
United States Magistrate Judge