UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

Plaintiff,

v.

KELLI NICOLE DRAKE

Defendant(s).

Case No. 1:15-CR-205

Hon. Paul L. Maloney

**GOVERNMENT'S**
**INITIAL PRETRIAL CONFERENCE**
**SUMMARY STATEMENT**

I. DISCOVERY

A. Statements of Defendant

1. Oral Statements (Rule 16(a)(1)(A))

☐ There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).

☒ There are the following written records of oral statements:

Law enforcement reports of Defendant's oral statements.

The substance of which

☐ has been disclosed to defense counsel.

☒ will be disclosed to defense counsel by December 22, 2015 .

2. Written or Recorded Statements (Rule 16(a)(1)(B))

☐ There are no written or recorded statements or grand jury testimony of defendant.

☒ There are the following written or recorded statements or grand jury testimony:

Handwritten ledger seized from Defendant's vehicle.

All written or recorded statements

☐ have been disclosed to defense counsel.

☒ will be disclosed to defense counsel by December 22, 2015 .

B. Defendant's Prior Record (Rule 16(a)(1)(D))

☒ The Government has made due inquiry and is not aware of any prior criminal record.

☐ The Government has disclosed defendant's prior criminal history.

☐ The Government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C. Documents and Tangible Objects (Rule 16(a)(1)(E))

☐ The Government has no documents, tangible objects, or physical evidence required to be disclosed.

☒ The Government has the following documents, tangible objects, and physical evidence:

☐ Drug Paraphernalia ☐ Drug Records ☐ Inventory (attached)

☒ Controlled Substances: methamphetamine; cocaine

☒ Records: receipts, vehicle rental records, GPS records

☐ Firearms: ______

☒ Other: security camera photographs

☒ The Government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:

☒ State

☐ Federal:

Case No. ______ Re: ______

Case No. ______ Re: ______

Case No. ______ Re: ______

☐ They have been made available for inspection and copying by defense counsel.

☒ Defense counsel should make arrangements with:

DEA TFO Jon Schafer, Jon.J.Schafer@usdoj.gov

D. Reports of Examinations and Tests (Rule 16(a)(1)(F))

☐ The Government has no reports of examinations or tests required to be disclosed by Rule 16.

☐ The Government has or expects to have reports of the following examinations and tests:

☒ Drug Analysis ☐ Handwriting ☐ Fingerprints

☐ DNA ☐ Firearms/Nexus ☐ Gun Operability

☐ Computer Forensics ☐ Other: ______

E. Reciprocal Discovery

☐ The Government seeks reciprocal discovery.

F. Notice Under FRE 404(b)

☐ The Government does not presently intend to introduce 404(b) evidence.

☒ The Government does presently intend to introduce the following 404(b) evidence:

Evidence of a prior cocaine transaction in August 2015, as evidence of intent, knowledge, absence of mistake, and/or any other permissible purpose.

☐ The Government will provide pretrial notice of 404(b) evidence by ____________ .

G. Other Discovery Matters

II. TRIAL

A. The Government requests a ☒ jury ☐ non-jury trial.

B. The length of trial excluding jury selection is estimated at one day .

III. MISCELLANEOUS

☐ This case may be appropriate for expedited resolution.

☒ The Government is unaware at this time of any known conflict with defendant's representation by counsel. The United States will immediately advise counsel if any such conflict becomes known.

☐ The Government is aware of the following potential conflicts:

☒ Government's plea negotiation policy:

Any plea agreement between the parties must be executed and filed no later than seven (7) days prior to the final pretrial conference for the government to move for a one-level reduction in Defendant's offense level, pursuant to USSG § 3E1.1(b). If Defendant chooses to enter a guilty plea without a plea agreement, he must do so no later than seven (7) days prior to the final pretrial conference for the government to move for the one-level reduction.

Date December 18, 2015

Heath M. Lynch, AUSA
Counsel for the United States