UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>KELLI NICOLE DRAKE,<br><br>Defendant. | Case No. 1:15-CR-205<br><br>Hon. Paul L. Maloney<br>United States District Judge<br><br>**WAIVER OF SPEEDY TRIAL RIGHTS** |

I, Kelli Nicole Drake, understand that I have the right to a speedy trial pursuant to 18 U.S.C. § 3161. I have discussed this right with my attorney, who informs me that he recently received the discovery in this case, which he is still reviewing, while he continues to be engaged in plea negotiations with the United States Attorney's Office. I understand that it is in my best interest to allow my counsel additional time to review the discovery, and the government additional time to consider the plea proposals of my counsel. I therefore knowingly and voluntarily waive the deadline for the commencement of my trial, which is currently scheduled for January 26, 2016. I understand that while I continue to be on bond in the State of Texas and until this matter is resolved, I will remain under the jurisdiction of this Court during all times covered by the waiver.

I am aware that my counsel intends to file an Unopposed Motion for an Ends of Justice Continuance along with my signed waiver. I respectfully ask this Court to accept my waiver and grant my unopposed motion.

Dated: January 11, 2016

Kelli Nicole Drake

10650550-1