UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

KELLI NICOLE DRAKE,

Defendant.

/

Case No. 1:15-CR-205

Hon. Paul L. Maloney
United States District Judge

# DEFENDANT'S UNOPPOSED MOTION FOR "ENDS OF JUSTICE" CONTINUANCE, AND SUPPORTING BRIEF

Defendant Kelli Nicole Drake, by and through her counsel and pursuant to 18 U.S.C. § 3161(h)(8)(A), hereby requests that this Court grant a 30-to-45-day "ends-of-justice" continuance adjourning both the Final Pretrial Conference currently scheduled for Tuesday, January 19, 2016, and the Jury Trial currently scheduled to commence on Tuesday, January 26, 2016. Pursuant to Local Criminal Rule 12.4, Assistant United States Attorney Heath Lynch was contacted and advised of the nature of and bases for this motion, and he has informed undersigned counsel that he does not oppose Defendant's Motion for Ends of Justice Continuance. Moreover, Ms. Drake, who remains on bond and is gainfully employed in Texas, has signed a separately-filed Waiver of his Speedy Trial Act rights. *See* Dkt.# 23.

Ms. Drake is currently charged with a single count of possession with intent to distribute an unspecified amount of cocaine and methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(c). This charge carries no mandatory minimum sentence, but has a maximum sentence of 20 years in prison, and other penalties. It appears that, if convicted, Ms. Drake would be "safety valve" eligible.

Through her counsel, Ms. Drake received discovery in this case in mid-December 2015; shortly after her arraignment. Last week the government provided undersigned counsel with the DEA laboratory test results for the suspected controlled substances allegedly found in Ms. Drake's vehicle. To the government's surprise, no methamphetamine was identified – only cocaine. Ms. Drake is respectfully requesting some additional time to further investigate any and all possible defenses while simultaneously exploring plea options, including a possible Rule 20 guilty plea in Texas.

**Supporting Brief**

This Court has wide latitude to exclude time from the 70-day Speedy Trial Act within which a defendant must be brought to trial in order to "respond to the needs of individual cases." 18 U.S.C. § 3161(h)(8); *see also United States v. White*, 985 F.2d 271, 275 (6th Cir. 1993). Currently, the final pretrial conference is scheduled for Tuesday, January 19, 2016, at 9:30 AM. Trial is scheduled to begin at 8:30 AM on Tuesday, January 26, 2016.

Ms. Drake and her counsel have been working together diligently, despite the geographical distance between them, to: (1) independently investigate the charge against her and the government's intent to produce Rule 404(b) evidence; (2) evaluate the strength of the government's case; and (3) explore potential defenses. Meanwhile undersigned counsel is continuing to explore potential plea options with the United States Attorney's Office to determine if this case can be resolved without the need for trial.

For these reasons, Ms. Drake is requesting a 30-to-45-day continuance. Ms. Drake does not object to an extension beyond the requested 30-to-45-days if the Court's schedule requires the additional time, as she is gainfully employed and living with family members in Texas. AUSA Heath Lynch has indicated that he has no objection to the requested continuance.

WHEREFORE, for all of the foregoing reasons, Defendant Kelli Nicole Drake respectfully requests that this Court grant an ends-of-justice continuance of the January 19, 2016 Final Pretrial Conference, and the January 26, 2016 Jury Trial.

Dated: January 13, 2016

/s/ *Brian Patrick Lennon*
Brian Patrick Lennon
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503-2487
616.752.2000
*Attorney for Defendant Scott Allen Webber*