UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

KELLI NICOLE DRAKE,

Defendant.

/

Case No. 1:15-CR-205

Hon. Paul L. Maloney
United States District Judge

# CERTIFICATE OF CONCURRENCE

Pursuant to Local Criminal Rule 12.4, Defendant Kelli Nicole Drake, through undersigned counsel, submits this Certificate of Concurrence. This Certificate of Concurrence is respectfully submitted in support of the Defendant's Unopposed Motion for an Ends of Justice Continuance and Supporting Brief (Dkt.# 24), which is further supported by Defendant's signed Waiver of Speedy Trial Rights (Dkt.#23), both of which were filed on January 13, 2016.

Undersigned counsel for the Defendant hereby certifies that he spoke with Assistant United States Attorney Heath Lynch on several occasions in late December and early January about the need for additional time to investigate and possibly resolve the above-captioned case. At all times and during all of these discussions, AUSA Lynch expressed his concurrence with the Defendant's intention to seek an "ends of justice continuance." Consequently, undersigned counsel secured Ms. Drake's signature on a Waiver of Speedy Trial and filed that waiver on January 13, 2016. *See* Dkt.#23. On January 13th, prior to the filing of Defendant's Unopposed Motion for an Ends of Justice Continuance, undersigned counsel further discussed the motion

with AUSA Lynch, who reiterated that the government does not oppose the requested 30-to-45-day continuance.

Respectfully submitted,

Dated: January 13, 2016

/s/ *Brian Patrick Lennon*
Brian Patrick Lennon
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503-2487
616.752.2000
*Attorney for Defendant Scott Allen Webber*