UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

KELLI NICOLE DRAKE,

Defendant.

______________________________/

HONORABLE PAUL L. MALONEY

Case No. 1:15-cr-205

**ORDER GRANTING ENDS OF JUSTICE CONTINUANCE**

Before the Court is a motion by the defendant for an ends of justice continuance of the final pretrial presently scheduled for January 19, 2016 and trial scheduled for January 26, 2016. The basis of the motion is that laboratory test results were recently provided to defendant and additional time is necessary for her to further investigate any and all possible defenses while exploring plea options. The government does not oppose the motion.

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), an ends of justice continuance is hereby entered for the reasons stated above. The final pretrial conference is rescheduled to **Feburary 22, 2016 at 4:30 p.m.**. Jury trial is rescheduled to **March 2, 2016 at 8:45 a.m.**.

Date: January 14, 2016

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge