UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - - -

UNITED STATES OF AMERICA,

Plaintiff,

v.

KELLI NICOLE DRAKE,
a/k/a "Lady Jade,"

Defendant.
_______________________________________/

No. 1:15-CR-205

Hon. Paul L. Maloney
United States District Judge

**SUPERSEDING INDICTMENT**

The Grand Jury charges:

**(Possession with Intent to Distribute Cocaine)**

On or about September 16, 2015, in Ottawa County, in the Southern Division of the Western District of Michigan,

**KELLI NICOLE DRAKE,**
**a/k/a "Lady Jade,"**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

**21 U.S.C. § 841(a)(1)**
**21 U.S.C. § 841(b)(1)(C)**

A TRUE BILL

[signature]
_______________________________
GRAND JURY FOREPERSON

PATRICK A. MILES, JR.
United States Attorney

[signature]
_______________________________
HEATH M. LYNCH
Assistant United States Attorney