UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff, Case No. 1:15−cr−00205−PLM

v. Hon. Paul L. Maloney

KELLI NICOLE DRAKE,

Defendant.
______________________________/

**ORDER**

Defendant Kelli Nicole Drake has filed a waiver of personal appearance at arraignment and entry of plea of not guilty. The Court accepts the waiver and enters a plea of not guilty on defendant's behalf.

IT IS SO ORDERED.

Dated: February 8, 2016

/s/ Ellen S. Carmody
ELLEN S. CARMODY
U.S. Magistrate Judge