UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA, Plaintiff,

v.

KELLI NICOLE DRAKE, Defendant.

Case No. 1:15-CR-205

Hon. Paul L. Maloney
United States District Judge

# DEFENDANT'S SECOND UNOPPOSED MOTION FOR "ENDS OF JUSTICE" CONTINUANCE, AND SUPPORTING BRIEF

Defendant Kelli Nicole Drake, by and through her counsel and pursuant to 18 U.S.C. § 3161(h)(8)(A), hereby requests that this Court grant a *second* "ends-of-justice" continuance adjourning both the Final Pretrial Conference currently scheduled for Monday, February 22, 2016, and the Jury Trial currently scheduled to commence on Wednesday, March 2, 2016. Pursuant to Local Criminal Rule 12.4, Assistant United States Attorney Heath Lynch was contacted and advised of the nature of and reasons for this motion, and he has informed undersigned counsel that he does not oppose Defendant's Second Motion for Ends of Justice Continuance. Because of Mr. Lynch's trial schedule, however, he has simply requested that, if the Court is so inclined to grand this Second Unopposed Motion for an Ends of Justice Continuance, that the trial not be scheduled in April 2016, as he will be out of the district between April 5th thru April 12th, and he has back-to-back trials scheduled to commence April 19th and 25th.

Ms. Drake, who remains on bond and is gainfully employed in Texas, filed a Waiver of her Speedy Trial Act rights (*see* Dkt.# 23) back in January 2016, and she will be filing a Second Waiver of her Speedy Trial Act rights this week.

Last week the government obtained a Superseding Indictment in this case, modifying the charge pending against Ms. Drake by dropping the reference to an unspecified amount of methamphetamine. Ms. Drake, who recently submitted a waiver of arraignment form as to the Superseding Indictment, is currently charged with a single count of possession with intent to distribute an unspecified amount of cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(c). This charge carries no mandatory minimum sentence, but has a maximum sentence of 20 years in prison, and other penalties. It appears that, if convicted, Ms. Drake would be "safety valve" eligible.

Ms. Drake and undersigned counsel continue to review the discovery in this case. Ms. Drake is respectfully requesting some additional time to further evaluate the discover, complete our own investigation, and fully consider all possible defenses, while simultaneously exploring plea options, including a potential Rule 20 guilty plea in Texas.

**Supporting Brief**

This Court has wide latitude to exclude time from the 70-day Speedy Trial Act within which a defendant must be brought to trial in order to "respond to the needs of individual cases." 18 U.S.C. § 3161(h)(8); *see also United States v. White*, 985 F.2d 271, 275 (6th Cir. 1993). Currently, the final pretrial conference is scheduled for Monday, February 22, 2016, at 4:30 PM. Trial is scheduled to begin at 8:45 AM on Wednesday, March 2, 2016.

Ms. Drake continues to work diligently with her counsel, despite the geographical distance between them, to: (1) independently investigate the revised charge against her and the

government's intent to produce Rule 404(b) evidence; (2) evaluate the strength of the government's case; and (3) explore potential defenses. Meanwhile undersigned counsel is continuing to explore potential plea options with the United States Attorney's Office to determine if this case can be resolved without the need for trial.

For these reasons, Ms. Drake is requesting a second ends-of-justice continuance. In light of the prosecutor's travel and trial schedule in April, Ms. Drake does not object to an extension beyond April 2016, as she is gainfully employed, living with family members in Texas, and working well with her U.S. Probation Officer in Plano, Texas. AUSA Heath Lynch has indicated that he has no objection to the requested continuance. A Certificate of Compliance with Local Rule 12.4 will be separately filed in support of this motion.

WHEREFORE, for all of the foregoing reasons, Defendant Kelli Nicole Drake respectfully requests that this Court grant a second ends-of-justice continuance of the February 22, 2016 Final Pretrial Conference, and the March 2, 2016 Jury Trial.

Dated: February 8, 2016

/s/ *Brian Patrick Lennon*
Brian Patrick Lennon
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503-2487
616.752.2000
*Attorney for Defendant Kelli Nicole Drake*