UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

KELLI NICOLE DRAKE,

Defendant.
______________________________/

Case No. 1:15−cr−00205−PLM

Hon. Paul L. Maloney

**ORDER**

This matter is before the Court on defendant Kelli Nicole Drake's Motion for Ends of Justice Continuance − #30, which was filed February 8, 2016. Effective September 28, 2015, Local Criminal Rule 12.4 was amended to require the following: "All nondispositive motions shall be accompanied by a separately filed certificate setting forth in detail the efforts of the moving party to comply with the obligation created by this rule." W.D. Mich. LCrR 12.4; see Administrative Order No. 15−RL−78 (Sept. 11, 2015). The motion fails to comply with this requirement. Accordingly,

IT IS ORDERED that defendant Kelli Nicole Drake's Motion for Ends of Justice Continuance − #30 is hereby held in abeyance pending compliance with Local Criminal Rule 12.4.

IT IS FURTHER ORDERED that movant shall file the certificate required by Local Criminal Rule 12.4 within five days of the date of this Order. Failure to timely file the certificate will result in the dismissal of the motion.

IT IS FURTHER ORDERED that any response to the motion shall be filed within fourteen days of the filing of the certificate, should the certificate be filed.

IT IS SO ORDERED.

Dated: February 9, 2016

/s/ Paul L. Maloney
PAUL L. MALONEY
United States District Judge