UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

KELLI NICOLE DRAKE,

Defendant.

Case No. 1:15-CR-205

Hon. Paul L. Maloney
United States District Judge

**SECOND WAIVER OF SPEEDY TRIAL RIGHTS**

I, Kelli Nicole Drake, understand that I have the right to a speedy trial pursuant to 18 U.S.C. § 3161. I knowingly and voluntarily waived my Speedy Trial Act rights last month (*see* Dkt. # 23) and have used the additional time to discuss my options with my counsel.

Together with my counsel we are continuing to review the discovery and our options for resolving the case. I continue to believe that it is in my best interest to allow my counsel additional time to review the discovery, and the government additional time to consider the plea proposals of my counsel. I therefore knowingly and voluntarily waive for a second time the deadline for the commencement of my trial, which is currently scheduled for March 2, 2016. I understand that while I continue to be on bond in the State of Texas and until this matter is resolved, I will remain under the jurisdiction of this Court during all times covered by the waiver.

I am aware that my counsel intends to file a Second Unopposed Motion for an Ends of Justice Continuance along with my signed waiver. I respectfully ask this Court to accept my second waiver and grant our Second Unopposed Motion for an Ends of Justice Continuance.

Dated: February 9, 2016

Kelli Nicole Drake