UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

KELLI NICOLE DRAKE,

Defendant.

Case No. 1:15-CR-205

Hon. Paul L. Maloney
United States District Judge

# CERTIFICATE OF CONCURRENCE

Pursuant to Local Criminal Rule 12.4, Defendant Kelli Nicole Drake, through undersigned counsel, submits this Certificate of Concurrence in support of the Defendant's Second Unopposed Motion for an Ends of Justice Continuance and Supporting Brief (Dkt.# 30), which was filed on February 8, 2016. Defendant has previously waived her Speedy Trial Act rights (See Dkt. # 23). In support of her Second Unopposed Motion she has respectfully submitted a second waiver of her Speedy Trial Act rights. (*See* Dkt. # 32.) Ms. Drake remains on pretrial release in the State of Texas.

Undersigned counsel for the Defendant hereby certifies that he communicated with Assistant United States Attorney (AUSA) Heath Lynch – first in person at the Federal Courthouse in Grand Rapids on February 1, 2016, and subsequently through voice mail messages and reply emails last week -- about the need for additional time to investigate and possibly resolve the above-captioned case without a trial. At all times and during all of these communications, AUSA Lynch expressed his concurrence with the Defendant's request to seek a second "ends of justice continuance," with the caveat that he would not be available to try the

case, if necessary, in April 2016 because of travel plans outside the district and jury trials scheduled for April 19th and 25th that likely will not resolve through a negotiated guilty plea. Consequently, undersigned counsel recently secured Ms. Drake's signature on a Second Waiver of Speedy Trial.

This Certificate of Compliance therefore asserts that, according to AUSA Lynch, the United States does not oppose the requested continuance set forth in Defendant's Second Unopposed Motion for Ends of Justice Continuance and Supporting Brief (Dkt. # 30).

Respectfully submitted,

Dated: February 12, 2016

/s/ *Brian Patrick Lennon*
Brian Patrick Lennon
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, Michigan 49503-2487
616.752.2000
*Attorney for Defendant Kelli Nicole Drake*