UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

KELLI NICOLE DRAKE,

Defendant.

________________________________/

HONORABLE PAUL L. MALONEY

Case No. 1:15-cr-205

**ORDER GRANTING ENDS OF JUSTICE CONTINUANCE**

Before the Court is a motion by the defendant for an ends of justice continuance of the final pretrial presently scheduled for February 22, 2016 and trial scheduled for March 2, 2016. The basis of the motion is that additional time is necessary for the defendant to further evaluate discovery, complete her investigation of the charges while fully considering all possible defenses, and explore plea options with the government to determine if the case can be resolved without the need for trial. The government does not oppose the motion.

The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and the defendant in a speedy trial.

NOW THEREFORE, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), an ends of justice continuance is hereby entered for the reasons stated above. A new scheduling order shall issue.

Date: February 17, 2016

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge