UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Hon. Paul L. Maloney |
| v. | Case No. 1:15-cr-00205 |
| KELLI NICOLE DRAKE, | |
| Defendant. | |

______________________________/

**ORDER**

This matter is before the Court on Government's motion to revoke bond (ECF No. 35). The Court held a hearing on today's date. Defendant appeared before the Court with counsel and waived a revocation hearing on the record. The Government's motion (ECF No. 35) is granted.

Accordingly, **IT IS ORDERED** that defendant is committed to the custody of the Attorney General until further order of the court.

Date: March 29, 2016

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge