UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 1:15−cr−00205−PLM

v.

Hon. Paul L. Maloney

KELLI NICOLE DRAKE,

Defendant.
________________________________/

# NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Change of Plea Hearing |
| Date/Time: | March 31, 2016 04:15 PM |
| Magistrate Judge: | Phillip J. Green |
| Place/Location: | 740 Federal Building, Grand Rapids, MI |

PHILLIP J. GREEN
U.S. Magistrate Judge

Dated: March 30, 2016

By: /s/ Jessica K. Wright
Judicial Assistant