**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
# CRIMINAL MINUTE SHEET

| | |
|---|---|
| **USA v.** Kelli Nicole Drake | **Mag. Judge:** Phillip J. Green |

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:15-cr-00205-PLM | 3/31/2016 | 4:26 PM - 4:52 PM | Grand Rapids | |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Heath M. Lynch | Brian Patrick Lennon | FPD Appointment |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Superseding Indictment, Count 1 | Read ✓<br>Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ First Appearance<br>__ Arraignment:<br>__mute __nolo contendre<br>__not guilty __guilty<br>__ Initial Pretrial Conference<br>__ Detention (waived __)<br>__ Preliminary (waived __)<br>__ Rule 5 Proceeding<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>✓ Change of Plea<br>__ Sentencing<br>__ Other: ______ | __ Defendant's Rights<br>__ Waiver of ______<br>✓ Consent to Mag. Judge for Plea<br>__ Other:<br>______<br>______<br>Court to Issue:<br>✓ Report & Recommendation<br>__ Order of Detention<br>__ Order to file IPTC Statements<br>__ Bindover Order<br>__ Order Appointing Counsel<br>__ Other:<br>______ | Guilty Plea to Count(s) 1<br>of the Superseding Indictment<br>Count(s) to be dismissed at sentencing:<br>______<br>Presentence Report:<br>✓ Ordered __Waived<br>__ Plea Accepted by the Court<br>✓ No Written Plea Agreement<br>**EXPEDITED RESOLUTION**<br>__ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| | Imprisonment: ______<br>Probation: ______<br>Supervised Release: ______<br>Fine: $ ______<br>Restitution: $ ______<br>Special Assessment: $ ______<br>Plea Agreement Accepted: __Yes __No<br>Defendant informed of right to appeal: __Yes __No<br>Counsel informed of obligation to file appeal: __Yes __No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detained | $ ______ |
| **CASE TO BE:** Referred to District Judge | **TYPE OF HEARING:** Further Proceedings |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** **A. Doezema** |