UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 1:15−cr−00205−PLM

v.

Hon. Paul L. Maloney

KELLI NICOLE DRAKE,

Defendant.
_______________________________/

# NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Sentencing |
| Date/Time: | July 22, 2016 09:00 AM |
| District Judge: | Paul L. Maloney |
| Place/Location: | 174 Federal Building, Kalamazoo, MI |

PAUL L. MALONEY
United States District Judge

Dated: April 11, 2016

By: /s/ Amy C. Redmond
Case Manager