UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 1:15−cr−00205−PLM

v.

Hon. Paul L. Maloney

KELLI NICOLE DRAKE,

Defendant.
________________________________/

**CLERK'S NOTICE**

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO: Brian Patrick Lennon

RE: Sentencing Memorandum − #49

REASON FOR NOTICE: Individual attachments are not broken down into separate files.

RECOMMENDED ACTION: Electronically file the document(s) as separate files or attachments. Include the word CORRECTED in both the heading of the document and in the docket text of the (new) corrected entry, if available.

INFORMATION FOR FUTURE REFERENCE: Local Criminal Rule 49.10(d)(vii)(A) requires filers to divide oversized documents into component parts, each not to exceed 10MB. When preparing documents for electronic filing, attempt to present the documents in a navigable format. Documents are better managed and navigated when they are broken down into logical component parts.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290−2742 or (616) 456−2206.

CLERK OF COURT

Dated: July 15, 2016

By: /s/ N. Stimec
Deputy Clerk