# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** Kelli Nicole Drake

**DISTRICT JUDGE:** Paul L. Maloney

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:15-cr-205 | 7/22/2016 | 9:06 a.m. - 9:26 a.m. | Kalamazoo | |

### APPEARANCES

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Heath M. Lynch by Clay M. West | Brian Patrick Lennon | Retained |

### TYPE OF HEARING

__ Arraignment:
__mute __nolo contendre
__not guilty __guilty
__ Final Pretrial Conference
__ Detention (waived __ )
__ Motion Hearing
__ Revocation/SRV/PV
__ Bond Violation
__ Change of Plea
✓ Sentencing
__ Trial
__ Other: ______________

### DOCUMENTS

__ Defendant's Rights
__ Waiver of Indictment
__ Other:

Court to Issue:
__ Order of Detention
__ Notice of Sentencing
__ Order Appointing Counsel
__ Other:

### CHANGE OF PLEA

Charging Document:
__Read __Reading Waived
Guilty Plea to Count(s) ______________
of the ______________
Count(s) to be dismissed at sentencing:

__ Presentence Report Ordered
__ Presentence Report Waived
__ Plea Accepted by the Court
__ Plea Taken under Advisement
__ No Written Plea Agreement

### SENTENCING

Imprisonment: 30 months
Probation: n/a
Supervised Release: 2 years
Fine: $ 0.00
Restitution: $ 0.00
Special Assessment: $ 100.00

Plea Agreement Accepted: __Yes __No
Defendant informed of right to appeal: ✓Yes __No
Counsel informed of obligation to file appeal: ✓Yes __ No

Conviction Information:
Date: 3/31/2016
By: Plea
As to Count (s): 1 of the Spsdg Indictment

**ADDITIONAL INFORMATION:**

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Kathleen Thomas | **Case Manager:** A. Redmond |